UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAUTILUS INSURANCE COMPANY,

    Plaintiff,

v.

Case No. 8:18-cv-2778-T-60CPT

A.J. CARDINAL GROUP LLC d/b/a
EAGLE ONE SECURITY FORCE;
ANDRE JENNINGS, SR.; and
ALEJANDRO URIBE,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on August 1, 2019. (Doc. # 31). Judge Tuite recommends that Plaintiff's Motion for Default Final Judgment against Defendants A.J. Cardinal Group LLC and Andre Jennings, Sr. (Doc. # 28) be denied without prejudice. Neither Plaintiff nor Defendants filed an objection to the report and recommendation, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S.*

*Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Tuite's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Tuite's detailed and well-reasoned factual findings and legal conclusions. Consequently, Plaintiff's motion is denied without prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  The report and recommendation (Doc. # 31) is **ACCEPTED** and **ADOPTED**.

(3)  Plaintiff's Motion for Default Final Judgment against Defendants A.J. Cardinal Group LLC and Andre Jennings, Sr. (Doc. # 28) is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 9th day of October, 2019.

TOM BARBER
UNITED STATES DISTRICT JUDGE